UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON FOSTER,<br><br>          Plaintiff,<br><br>    v.<br><br>EQUITYKEY REAL ESTATE INVESTMENTS L.P.,<br><br>          Defendant. | Case No.17-cv-00067-HRL<br><br>**ORDER TO SHOW CAUSE** |

On May 9, 2017, the court issued an order granting Defendant's motion to dismiss as to all claims. Dkt. No. 22. The court granted Plaintiff leave to amend several claims and stated: "Plaintiff may file an amended complaint within 21 days . . . . Failure to do so will result in dismissal of the complaint with prejudice." *Id.* More than 21 days have passed and plaintiff has not filed an amended complaint. The court therefore orders Plaintiff to appear in Courtroom 2, Fifth Floor of the United States District Court, 280 South First Street, San Jose, California on July 18, 2017, at 10:00 AM and show cause, if any, why the case should not be dismissed. Plaintiff may file a statement in response to this Order to Show Cause no later than July 11, 2017.

**IT IS SO ORDERED.**

Dated: 6/14/2017

_____
HOWARD R. LLOYD
United States Magistrate Judge