UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AARON FOSTER,

    Plaintiff,

v.

EQUITYKEY REAL ESTATE INVESTMENTS L.P.,

    Defendant.

Case No. 17-cv-00067-HRL

**ORDER OF DISMISSAL**

Re: Dkt. Nos. 22-25

On May 9, 2017, the court granted Defendant's motion to dismiss as to all claims, granting Plaintiff leave to amend as to three claims. The court stated that failure to file an amended complaint by the late-May deadline "will result in dismissal of the complaint with prejudice." Dkt. No. 22. The deadline has passed, and Plaintiff has informed the court that he will not file an amended complaint. Dkt. No. 25. The court therefore dismisses this action with prejudice.

**IT IS SO ORDERED.**

Dated: 7/12/2017

HOWARD R. LLOYD
United States Magistrate Judge